### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Howard Morgan | ) | Case No: 07 C 983 |
| | ) | |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| Finely et al. | ) | |

## ORDER

(0:04)  Motion hearing held on 5/21/14.  Motion for leave to withdraw as counsel for plaintiff [83] is granted.  James Montgomery, Sr., John Kennedy and Marion Cruz are given leave to withdraw as counsel for plaintiff.  Status hearing remains set for 6/2/14 at 8:30 a.m.

**Dated:** May 21, 2014            ENTERED

_____
**AMY J. ST. EVE**
**United States District Court Judge**