# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 8, 2014

| No.: 14-3593 | HOWARD W. MORGAN, Plaintiff - Appellant  v.  TIMOTHY FINELY, et al., Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-00983
Northern District of Illinois, Eastern Division
District Judge Amy J. St. Eve

Upon consideration of the **PLAINTIFF'S MOTION TO WITHDRAW NOTICE OF APPEAL**, filed on December 5, 2014, by counsel for Appellant Howard Morgan,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

